UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Defendant, the United States Department of State ("State"), and Plaintiff, the Brady Center to Prevent Gun Violence (the "Brady Center"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated May 13, 2019, to apprise the Court of the status of State's response to the Brady Center's Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

1. Following a status hearing on May 13, 2019, the Court ordered as follows:

   1) Defendant shall produce to Plaintiff by May 28, 2019, the 8000 pages of documents produced in the W.D. Wash. litigation; 2) State shall process the 20,000 responsive pages at a rate of 1500 per month and make rolling productions on the 9th of each month; and 3) The parties shall submit joint status reports by November 15, 2019, and June 15, 2020.

2. Pursuant to that order, State released to the Brady Center the documents from the W.D. Washington litigation by mail sent on May 16, 2019, and has processed at least 1,500 potentially responsive pages each month.  To date, State has identified 1,061 documents responsive to the Request.  Of these, State has withheld 788 documents in full, released 173 documents in part, and released 100 documents in full.

3. Of the approximately 20,000 potentially responsive pages, fewer than 4,500 potentially responsive pages remain. State estimates that production will be complete on or before Monday, February 10, 2020.

4. In light of this revised completion date, the parties request that the Court modify its order dated May 13, 2019, and require the parties to submit another joint status report on February 20, 2020, rather than June 15, 2020.

Respectfully submitted,

/s/ Ariel S. Glasner
Ariel S. Glasner, D.C. Bar #991442
Jon Waldron, D.C. Bar #425539
Blank Rome LLP
1825 Eye Street, N.W.
Washington, District of Columbia 20006
Telephone: 202 772 5963
AGlasner@Blankrome.com

Jonathan E. Lowy, D.C. Bar #418654
Joshua Scharff, D.C. Bar #999392
Brady Center to Prevent Gun Violence
840 First Street, N.E., Suite 400
Washington, District of Columbia 20002
Telephone: 202 370 8105
jscharff@bradymail.org

*Counsel for Plaintiff*

Dated: November 15, 2019

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*