UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF STATE,<br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

**JOINT PROPOSED BRIEFING SCHEDULE**

Defendant, the United States Department of State ("State"), and Plaintiff, the Brady Center to Prevent Gun Violence, each by its undersigned counsel, submit the following proposed briefing schedule for the parties' cross-motions for summary judgment.

Given the amount of records at issue, State's *Vaughn* index will include a sample of documents withheld in full and fifty documents withheld in part. Specifically, for the documents withheld in full, State will arrange the documents withheld in full in numerical order by document number and provide an index entry for every 20th document. If the document is a different version of a document previously described (i.e. a different draft of the same document), State will not index that document and will instead move to the document immediately following. The Brady Center reserves its right to raise a challenge to the adequacy of the sampling. For documents withheld in part, the Brady Center will identify fifty such documents for State to include on its *Vaughn* index. The Brady Center has agreed that it does not challenge any withholdings of names or contact information under Exemption 6 and State need not include those withholdings on its index. With this understanding, the parties propose the following schedule.

March 29, 2020: The Brady Center will identify to State fifty documents withheld in part to be included on State's *Vaughn* index.

May 18, 2020: State will file a motion for summary judgment.

June 8, 2020: The Brady Center will file its cross-motion for summary judgment and opposition to State's motion.

June 22, 2020: State will file its opposition to the Brady Center's motion and reply in support of State's motion.*

June 29, 2020: The Brady Center will file its reply.

Respectfully submitted,

/s/ Ariel S. Glasner
Ariel S. Glasner, D.C. Bar #991442
Jon Waldron, D.C. Bar #425539
Blank Rome LLP
1825 Eye Street, N.W.
Washington, District of Columbia 20006
Telephone: 202 772 5963
AGlasner@Blankrome.com

Jonathan E. Lowy, D.C. Bar #418654
Joshua Scharff, D.C. Bar #999392
Brady Center to Prevent Gun Violence
840 First Street, N.E., Suite 400
Washington, District of Columbia 20002
Telephone: 202 370 8105
jscharff@bradymail.org

*Counsel for Plaintiff*

Dated: March 5, 2020

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*

* State will make every effort to comply with this deadline, but counsel for State notes that he will be on paternity leave from May 18, 2020, to June 15, 2020, which provides State little time upon counsel's return from leave to prepare an opposition and reply. The Brady Center has agreed to entertain any requests for its consent to a motion to extend State's deadline beyond this date.