UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      *Defendant*. | Civil Action No. 18-3007 (JEB) |

**JOINT MOTION TO
TEMPORARILY VACATE THE BRIEFING SCHEDULE**

Defendant, the United States Department of State ("State"), and Plaintiff, the Brady Center to Prevent Gun Violence, each by its undersigned counsel, respectfully request that the Court temporarily suspend the briefing schedule in this case and order the parties to submit a joint report and proposed schedule for further proceedings in 45 days, on or before July 2, 2020.

This is a Freedom of Information Act ("FOIA") case in which the Brady Center challenges the adequacy of State's search relating to the Brady Center's July 16, 2018 FOIA Request and its withholding of certain responsive information as exempt. The State Department had previously stated that it had concluded its processing in a February 14, 2020 letter to the Brady Center. The parties agreed that State's *Vaughn* index would include a random sample of documents withheld in full and fifty documents withheld in part to be selected by the Brady Center. In the course of preparing a *Vaughn* index in support of its motion for summary judgment, the State Department discovered a sizeable collection of records that had been submitted to the agency's FOIA office as possibly responsive but that has not yet been processed for release.

The State Department's document-review platform used in this case exists on a classified network that cannot be accessed remotely and the Department's FOIA personnel are currently

teleworking as part of the government's efforts to suppress the spread of the novel coronavirus pandemic. In addition, information about certain searches, which is necessary to complete the Department's search declaration is also located on the classified network. In addition, a small number of the documents processed in this case that had been designated for inclusion in the *Vaughn* index are inaccessible on State's unclassified system. As a result of State's inability to process the newly discovered records or to complete a search declaration and *Vaughn* index, the parties agree that this case is not currently ripe for summary judgment briefing. Further, because of the ongoing situation with the pandemic, the parties cannot predict when State will be able to complete its processing of records along with its search declaration and *Vaughn* index and submit a motion for summary judgment. The parties therefore request that the Court temporarily vacate the current briefing schedule and order the parties to submit a joint status report proposing a schedule for further proceedings on or before July 2, 2020.

To keep this case moving forward in the meantime, the State Department will provide the Brady Center with a copy of a *Vaughn* index with the sampled withholdings—essentially the same index that it would have filed with its motion for summary judgment excluding the small number of documents processed in this case that are currently inaccessible on State's unclassified system—by May 22, 2020, and will confer in good faith with the Brady Center regarding any challenged redactions. It is the parties' intent and hope that this process will substantially narrow the disputes that will eventually need to be presented to the Court in a motion for summary judgment.

*   *   *

Respectfully submitted,

| | |
|---|---|
| /s/ Ariel S. Glasner<br>Ariel S. Glasner, D.C. Bar #991442<br>Jonathan K. Waldron, D.C. Bar #425539<br>Blank Rome LLP<br>1825 Eye Street, N.W.<br>Washington, District of Columbia 20006<br>Telephone: 202 772 5963<br>AGlasner@Blankrome.com<br><br>Jonathan E. Lowy, D.C. Bar #418654<br>Joshua Scharff, D.C. Bar #999392<br>Brady Center to Prevent Gun Violence<br>840 First Street, N.E., Suite 400<br>Washington, District of Columbia 20002<br>Telephone: 202 370 8105<br>jscharff@bradymail.org<br><br>*Counsel for Plaintiff*<br><br>Dated: May 18, 2020 | TIMOTHY J. SHEA, D.C. Bar #437437<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |