UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Defendant, the United States Department of State ("State" or the "Department"), and Plaintiff, the Brady Center to Prevent Gun Violence, respectfully submit this joint status report in response to the Court's minute order dated May 18, 2020.

1. This is a Freedom of Information Act ("FOIA") case arising from a July 16, 2018, request by the Brady Center for records from State. The Brady Center challenges the adequacy of the Department's search for records responsive to the FOIA request and the Department's withholding of certain responsive information as exempt from release. Given the amount of information withheld, the parties agreed that State's *Vaughn* index in support of its motion for summary judgment would include a random sample of documents withheld in full and fifty documents withheld in part to be selected by the Brady Center.

2. On May 15, 2020, the Court vacated the briefing schedule governing this case after State discovered a sizeable collection of records that had been submitted to the agency's FOIA office as possibly responsive but that had not yet been processed for release. As State explained, the Department's document-review platform for this case exists on a classified network that cannot be accessed remotely, and the Department's FOIA personnel were teleworking as part of the government's efforts to suppress the spread of COVID-19. Consequently, State was unable to

process the additional records for release to the Brady Center. In addition, information necessary to complete the Department's search declaration is also located on the classified network. Further, a small number of documents processed in this case that had been designated for inclusion in the *Vaughn* index are inaccessible on State's unclassified system. As a result of the Department's inability to process the newly discovered records or to complete a search declaration and *Vaughn* index, the parties agreed that this case was not ripe for summary judgment briefing and jointly requested that the Court vacate the briefing schedule.

3. To keep this case moving forward in the meantime, the parties agreed that State would provide the Brady Center with a copy of a *Vaughn* index with the sampled withholdings—essentially the same index that it would have filed with its motion for summary judgment excluding the small number of documents processed in this case that are currently inaccessible on State's unclassified system—and that the parties would confer in good faith regarding any challenged redactions.

4. State provided the Brady Center with a draft *Vaughn* index on May 27, 2020, and the Brady Center conveyed some questions about certain of the Department's withholdings on July 1, 2020. It is the parties' intent and hope that this dialogue will substantially narrow the disputes that will eventually need to be presented to the Court in a motion for summary judgment.

5. At this time, State's FOIA personnel responsible for this case are still teleworking due to COVID-19 pandemic, and the Department still does not know when they will be able to return to the office to access the classified system. Accordingly, the parties propose to continue their discussions about the Department's claims of exemption on the draft *Vaughn* index and to file another status report on or before August 17, 2020.

Respectfully submitted,

/s/ Ariel S. Glasner
Ariel S. Glasner, D.C. Bar #991442
Jonathan K. Waldron, D.C. Bar #425539
Blank Rome LLP
1825 Eye Street, N.W.
Washington, District of Columbia 20006
Telephone: 202 772 5963
AGlasner@Blankrome.com

Jonathan E. Lowy, D.C. Bar #418654
Joshua Scharff, D.C. Bar #999392
Brady Center to Prevent Gun Violence
840 First Street, N.E., Suite 400
Washington, District of Columbia 20002
Telephone: 202 370 8105
jscharff@bradymail.org

*Counsel for Plaintiff*

Dated: July 2, 2020

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendants*