UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("Department"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated October 30, 2020, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

On May 18, 2020, the Court vacated the briefing schedule in this case because the Department had discovered a sizeable collection of records that had been submitted to the agency's FOIA office as possibly responsive but that had not yet been processed for release. Pursuant to the Court's October 13, 2020 and October 30, 2020 Minute Orders, the Department made productions of these records every six weeks beginning on October 28, 2020. In accordance with the Court's Minute Orders, the first of these productions reflected review of at least 450 pages of potentially responsive documents and each of the subsequent productions, except the last one, reflected review of at least 600 pages of potentially responsive documents. The Department completed these supplemental productions on Wednesday, August 18, 2021.

1

Pursuant to the Court's Minute Order dated October 30, 2020, the parties were directed to file a joint status report within one week following the final release of the supplemental documents.

With the supplemental release, the Department produced 245 responsive records, releasing to Plaintiff 24 records in full and 152 records in part and withholding 69 records in full.

The Parties request additional time to confer about next steps in this litigation and, therefore, respectfully request that they be permitted to file a joint status report in 30 days to address future proceedings in this case.

Respectfully submitted,

By: __/s/ *Stefanos N. Roulakis*__
Stefanos N. Roulakis, D.C. Bar # 1016931
Ariel S. Glasner, D.C. Bar #991442
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 772 5958
SRoulakis@Blankrome.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney 555 4th Street, N.W. Washington, District of Columbia 20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated: August 25, 2021