UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

# JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("Department"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated August 26, 2021, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

The parties are cooperating and discussing remaining issues regarding the response to Plaintiff's FOIA request, including the production of an updated draft *Vaughn* Index, in an effort to clarify any remaining areas of disagreement. Defendant needs time to review the withholdings and evaluate FOIA office resources to determine how long it will take to compile the updated draft *Vaughn* Index.

The Parties request additional time to continue to confer about next steps in this litigation and, therefore, respectfully request that they be permitted to file a joint status report in 45 days to continue their discussions and address future proceedings in this case.

Respectfully submitted,

By:  /s/ *Stefanos N. Roulakis*
Stefanos N. Roulakis, D.C. Bar # 1016931
Ariel S. Glasner, D.C. Bar #991442
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 772 5958
SRoulakis@Blankrome.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney 555 4th  Street,  N.W. Washington, District of Columbia20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated: September 27, 2021