UNITED STATES DISTRICT COURTFOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENTOF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersignedcounsel, submit this joint status report pursuant to the Court's minute order dated September 27, 2021, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

The parties have been cooperating and discussing remaining issues regarding the response to Brady's FOIA request, including the production of an updated draft *Vaughn* Index, in an effort to clarify any remaining areas of disagreement.

State has been reviewing the withholdings and evaluating FOIA office resources, especially due to the ongoing pandemic, to determine how long it will take to compile the updated draft *Vaughn* Index.  As of the date of this filing, State's FOIA workforce has not yet returned to its pre-pandemic on-site work posture and the majority of FOIA personnel continue to work remotely, limiting their access to the agency's classified systems.

There are approximately 200 documents to add to the draft *Vaughn* Index.  State will endeavor to submit an updated draft *Vaughn* index to Brady as soon as possible after January 3,

2022; in any event, State will not submit an updated draft *Vaughn* index to Brady any later than March 4, 2022.

The Parties respectfully request that they be permitted to file a joint status report on January 11, 2022 to update the Court regarding the status of the draft updated *Vaughn* index.

Respectfully submitted,

By:  _/s/ *Ariel S. Glasner*_____
Ariel S. Glasner, D.C. Bar #991442
Stefanos N. Roulakis, D.C. Bar #
1016931
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 772 5963
Ariel.Glasner@Blankrome.com


*Counsel for Plaintiff*

MATTHEW M. GRAVES, Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney 555
4th  Street,  N.W. Washington, District
of Columbia20530
Telephone: 202 252 2510 __
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated:  November 11, 2021