UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>           *Plaintiff*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>           *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated November 12, 2021, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

State continues to monitor COVID-19 cases, the spread of the Omicron variant of COVID-19, and CDC guidelines. In late December 2021, State issued reinforced COVID-19 workforce guidance that will remain in effect at least through January 17, 2022. According to that guidance, only employees performing mission-critical functions are required to work onsite. Mission-critical functions are those that require access to classified systems to perform essential national security functions, including classified interagency collaboration. FOIA processing and litigation have not been identified as mission-critical functions. While State has shifted to systems and staffing models under which portions of FOIA processing can be completed remotely, other portions of FOIA processing work must be completed by employees in the workplace.

In spite of pandemic related challenges, State has made progress on the *Vaughn* index and

will endeavor to submit an updated draft *Vaughn* index to Brady as soon as possible; in any event, State will not submit an updated draft *Vaughn* index to Brady any later than March 4, 2022.

The Parties respectfully request that they be permitted to file a joint status report on March 11, 2022 to update the Court regarding the status of the draft updated *Vaughn* index.

Respectfully submitted,

By:  /s/ *Ariel S. Glasner*
Ariel S. Glasner, D.C. Bar #991442
Stefanos N. Roulakis, D.C. Bar # 1016931
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 772 5963
Ariel.Glasner@Blankrome.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney 555 4th Street, N.W. Washington, District of Columbia 20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated:  January 11, 2022