UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

**JOINT STATUS REPORT**

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated January 11, 2022, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

State previously had represented to Brady that it had completed its supplemental productions of documents responsive to the Request as of August 18, 2021. Nevertheless, upon further review, State determined that an additional document was responsive to the Request that had not previously been produced. State produced this document to Brady on March 2, 2022. State is not aware of any other responsive documents that have not been produced to Brady or withheld on grounds of privilege.

On March 9, 2022, State produced to Brady a "DRAFT *Vaughn* Index of Supplemental Productions October 2020-August 2021."

Brady is commencing its review of State's DRAFT *Vaughn* Index of Supplemental Productions. Brady will advise State upon completion of its review, and will endeavor to work with

State to discuss any concerns with this index and to the DRAFT *Vaughn* Index dated May 26, 2020, previously provided by State, before determining if there is a need to request the Court to set a briefing schedule.

The Parties respectfully request that they be permitted to file a joint status report in 45 days to address future proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Ariel S. Glasner* <br> Ariel S. Glasner, D.C. Bar #991442 <br> Stefanos N. Roulakis, D.C. Bar # 1016931 <br> Blank Rome LLP <br> 1825 I Street, N.W. <br> Washington, DC 20006 <br> Telephone: 202 772 5963 <br> Ariel.Glasner@Blankrome.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> By: /s/ *Thomas W. Duffey* <br> THOMAS W. DUFFEY <br> Assistant United States Attorney 555 4th  Street,  N.W. Washington, District of Columbia20530 <br> Telephone: 202 252 2510 <br> thomas.duffey@usdoj.gov <br><br> *Counsel for Defendant* |

Dated:  March 11, 2022