UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>      *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated March 14, 2022, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

State previously had represented to Brady that it had completed its supplemental productions of documents responsive to the Request as of August 18, 2021. However, in the course of reviewing documents for the draft *Vaughn* index produced to Brady on March 3rd, State identified one document in which additional non-exempt information could be segregated and released. State lifted some redactions and re-released this document to Brady on March 2, 2022.

On March 3, 2022, State produced to Brady a "DRAFT *Vaughn* Index of Supplemental Productions October 2020-August 2021."

Brady has reviewed State's DRAFT *Vaughn* Index and State's Draft Vaughn Index of Supplemental Productions and has provided to State its objections to the draft indices. The parties ask the Court that they submit another JSR in 60 days to update the Court on the status and to allow

State to review Brady's objections and for the parties to consult to determine if there is a need for future Court intervention.

The Parties respectfully request that they be permitted to file a joint status report on or before June 30, 2022 to address future proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Ariel S. Glasner*<br>Ariel S. Glasner, D.C. Bar #991442<br>Stefanos N. Roulakis, D.C. Bar # 1016931<br>Blank Rome LLP<br>1825 I Street, N.W.<br>Washington, DC 20006<br>Telephone: 202 772 5963<br>Ariel.Glasner@Blankrome.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney 555 4th  Street,  N.W. Washington, District of Columbia 20530<br>Telephone: 202 252 2510<br>thomas.duffey@usdoj.gov<br><br>*Counsel for Defendant* |

Dated:  April 28, 2022

2