UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>   *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

  Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated December 14, 2022, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

  Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions and the parties are continuing to cooperate and discuss the issues raised by Plaintiff and ask the Court that they submit another JSR in 60 days to update the Court on the status and to allow the parties to consult further without the need for Court intervention.

  On July 29, 2022, State forwarded to Plaintiff a supplemental draft *Vaughn* index requested by Plaintiff. Plaintiff is continuing to review the supplemental draft *Vaughn* index.

  The Parties respectfully request that they be permitted to file a joint status report on or before April 14, 2023 to update the Court on the status and to address future proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Nicholas Tambone*<br>Nicholas Tambone<br>Stefanos N. Roulakis, D.C. Bar # 1016931<br>Blank Rome LLP<br>1825 I Street, N.W.<br>Washington, DC 20006<br>Telephone: 202 772 5963<br>nicholas.tambone@Blankrome.com | MATTHEW M. GRAVES, Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D  Street,  N.W.<br>Washington, D.C. 20530<br>Telephone: 202 252 2510<br>thomas.duffey@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated:  February 14, 2022