UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　*Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated April 17, 2023, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions and the parties are continuing to cooperate. The parties had a meet and confer on June 13, 2023 to discuss remaining issues regarding the production. Plaintiff expressed two primary concerns regarding the application of the attorney client privilege to communications and whether additional information could be segregated and produced. The Defendant indicated that the information and exemptions as provided in the draft *Vaughn* indices were proper.

The meet and confer was productive and the parties agreed to review the productions to see if a narrowing of the outstanding issues could be achieved.

The Parties respectfully request that they be permitted to file a joint status report on or before August 14, 2023 to update the Court on the status and to address future proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Alan M. Freeman*<br>Alan M. Freeman, Bar # 454693<br>Blank Rome LLP<br>1825 I Street, N.W.<br>Washington, DC 20006<br>Telephone: 202 572 8370<br>alan.freeman@blankrome.com<br><br>/s/ *Namrata Loomba*<br>Namrata Loomba, Bar # 1014978<br>Blank Rome LLP<br>1825 I Street, N.W.<br>Washington, DC 20006<br>Telephone: 202 420 2566<br>namrata.loomba@blankrome.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D  Street,  N.W.<br>Washington, D.C. 20530<br>Telephone: 202 252 2510<br>thomas.duffey@usdoj.gov<br><br>*Counsel for Defendant* |

Dated:  June 14, 2023

2