UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>   *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

  Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated December 14, 2023, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

  Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions and the parties are continuing to cooperate. The parties had a meet and confer on June 13, 2023 to discuss remaining issues regarding the production. Plaintiff expressed two primary concerns regarding the application of the attorney client privilege to communications and whether additional information could be segregated and produced. The Defendant indicated that the information and exemptions as provided in the draft *Vaughn* indices were proper.

  Plaintiff continues to review the productions to see if a narrowing of outstanding issues can be achieved.

  The Parties respectfully request that they be permitted to file a joint status report on or before June 14, 2024 to update the Court on the status and to address future proceedings in this case.

Respectfully submitted,

By:  /s/ *Alan M. Freeman*
Alan M. Freeman, Bar # 454693
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 572 8370
alan.freeman@blankrome.com


/s/ *Namrata Loomba*
Namrata Loomba, Bar # 1014978
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 420 2566
namrata.loomba@blankrome.com


*Counsel for Plaintiff*


Dated:  April 15, 2024

MATTHEW M. GRAVES, Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D  Street,  N.W.
Washington, D.C. 20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

2