UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated December 14, 2023, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions and the parties are continuing to cooperate. On May 30, 2024, the parties had a meet and confer call to discuss remaining outstanding issues regarding the production. Brady reiterated its concerns regarding the application of the attorney client privilege to communications and whether additional information could be segregated and produced. As a result of the May 30, 2024 meet and confer call, Brady continues to review the productions to provide State with specific samples of State's application of the attorney client privilege to communications that were previously produced by State.

While the parties are continuing to confer on the outstanding issues, the Parties respectfully request that they be permitted to file a joint status report on or before August 13, 2024 to update the

Court on the status and to address future proceedings in this case.

Respectfully submitted,

By:  /s/ *Namrata Loomba*
Namrata Loomba, Bar # 1014978
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 420 2566
namrata.loomba@blankrome.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated:  June 14, 2024

2