UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated October 17, 2024, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions, and the parties have continued to cooperate and discuss remaining issues. The parties have conferred on outstanding issues regarding the production. Brady has reiterated its concerns regarding the application of the attorney client and work product privileges to communications and whether additional information could be segregated and produced. On January 15, 2025, State responded to Brady's concerns and provided Brady with additional information concerning the application of the exemptions which Brady identified, and State will be re-releasing some information to Brady by January 17, 2025.

Brady is reviewing State's January 15, 2025 response and will review State's anticipated submission forthcoming on January 17, 2025. The parties will discuss any remaining issues and

the Parties respectfully request that they be permitted to file a joint status report on or before March 17, 2025 to update the Court on the status and to address future proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Namrata Loomba* <br> Namrata Loomba, Bar # 1014978 <br> Blank Rome LLP <br> 1825 I Street, N.W. <br> Washington, DC 20006 <br> Telephone: 202 420 2566 <br> namrata.loomba@blankrome.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ *Thomas W. Duffey* <br> THOMAS W. DUFFEY <br> Assistant United States Attorney <br> 601 D  Street,  N.W. <br> Washington, D.C. 20530 <br> Telephone: 202 252 2510 <br> thomas.duffey@usdoj.gov <br><br> *Counsel for Defendant* |

Dated:  January 16, 2025