UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>   *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

  Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated January 16, 2025, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

  Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions, and the parties have continued to cooperate and discuss remaining issues. The parties have conferred on outstanding issues regarding the production. In response to Brady's concerns regarding certain withholdings, State made a supplemental release on January 16, 2025, re-releasing one document in part with additional information released and releasing one document in full which was previously released in part. At that time, State also inquired whether the matter could be dismissed or should instead proceed to summary judgment briefing.

  Brady reviewed State's January 15, 2025 response and State's January 16, 2025 release and does not agree to dismissal. The parties are discussing a dispositive motion schedule for submission for the Court's approval and potential narrowing of the issues. In the meantime, the Parties

respectfully request that they be permitted to file a joint status report on or before May 20, 2025 to update the Court on the status, the potential narrowing of issues, and to address future proceedings in this case.

Respectfully submitted,

By: /s/ *Namrata Loomba*
Namrata Loomba, Bar # 1014978
Blank Rome LLP
1825 I Street, N.W.
Washington, DC 20006
Telephone: 202 420 2566
namrata.loomba@blankrome.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ *Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202 252 2510
thomas.duffey@usdoj.gov

*Counsel for Defendant*

Dated: March 17, 2025

2