UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENTOF STATE,<br><br>   *Defendant*. | Civil Action No. 18-3007 (JEB) |

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United States Department of State ("State"), each by its undersigned counsel, submit this joint status report pursuant to the Court's minute order dated June 20, 2025, to apprise the Court of the status of State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the "Request") at issue in this litigation.

Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of Supplemental Productions, and the parties have continued to cooperate and discuss remaining issues. The parties have conferred on outstanding issues regarding the production. In response to Brady's concerns regarding certain withholdings, State made a supplemental release on January 16, 2025, re-releasing one document in part with additional information released and releasing one document in full which was previously released in part. At that time, State also inquired whether the matter could be dismissed or should instead proceed to summary judgment briefing. Brady reviewed State's January 15, 2025 response and State's January 16, 2025 release and does not agree to dismissal.

Plaintiff requested that the draft search declaration be re-sent, and Defendant provided this

to Plaintiff on June 24, 2025. Plaintiff is continuing to review the draft search declaration, and the parties are continuing discussions and intend to have a final meet and confer to discuss potential narrowing of the issues and whether they should proceed to summary judgment motions.

Therefore, the Parties respectfully request that they be permitted to file a joint status report within 30 days, on or before August 21, 2025, to update the Court on the status and further proceedings.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Namrata Loomba* <br> Namrata Loomba, Bar # 1014978 <br> Blank Rome LLP <br> 1825 I Street, N.W. <br> Washington, DC 20006 <br> Telephone: 202 420 2566 <br> namrata.loomba@blankrome.com <br><br> *Counsel for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: /s/ *Thomas W. Duffey* <br> THOMAS W. DUFFEY <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: 202 252 2510 <br> thomas.duffey@usdoj.gov <br><br> *Counsel for Defendant* |

Dated: July 21, 2025

2