UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BRADY CENTER TO PREVENT GUN
VIOLENCE,

*Plaintiff,*

v.

UNITED STATES DEPARTMENTOF
STATE,

*Defendant.*

Civil Action No. 18-3007 (JEB)

## JOINT STATUS REPORT

Plaintiff, the Brady Center to Prevent Gun Violence ("Brady"), and Defendant, the United

States Department of State ("State"), each by its undersigned counsel, submit this joint status report

pursuant to the Court's minute order dated August 22, 2025, to apprise the Court of the status of

State's response to Brady's July 2018 Freedom of Information Act Request F-2018-05229 (the

"Request") at issue in this litigation.

Brady has reviewed State's draft *Vaughn* Index and State's Draft *Vaughn* Index of

Supplemental Productions, and the parties have continued to cooperate and discuss remaining

issues. The parties have conferred on outstanding issues regarding the production. In response to

Brady's concerns regarding certain withholdings, State made a supplemental release on January 16,

2025, re-releasing one document in part with additional information released and releasing one

document in full which was previously released in part. At that time, State also inquired whether

the matter could be dismissed or should instead proceed to summary judgment briefing. Brady

reviewed State's January 15, 2025 response and State's January 16, 2025 release and does not agree

to dismissal.

Plaintiff requested that the draft search declaration be re-sent, and Defendant provided this to Plaintiff on June 24, 2025.

The parties have been exchanging proposals to narrow the scope of the dispute to be presented for decision on potential motions for summary judgment. Therefore, the Parties respectfully request that they be permitted to file a joint status report, on or before October 22, 2025, to update the Court on the status and further proceedings.

Respectfully submitted,


By:  /s/ *Kyle P. Brinkman*                              JEANINE FERRIS PIRRO
Kyle P. Brinkman, Bar # 1003435                          United States Attorney
Blank Rome LLP
1825 I Street, N.W.                                      By: /s/ *Thomas W. Duffey*
Washington, DC 20006                                      THOMAS W. DUFFEY
Telephone: 202 420 3171                                   Assistant United States Attorney
kyle.brinkman@blankrome.com                               601 D  Street,  N.W.
                                                          Washington, D.C. 20530
                                                          Telephone: 202 252 2510
                                                          thomas.duffey@usdoj.gov

*Counsel for Plaintiff*
                                                          *Counsel for the United States*




Dated:  September 22, 2025